AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2022

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| WESTERN MAGNESIUM CORPORATION, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:22-CV-0108-TOR |
| | ) | |
| | ) | |
| JAMES SEVER, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Defendant's Motion to Dismiss Under Doctrine of Forum Non Conveniens (ECF No. 16) is GRANTED.  The Court DISMISSES this case without prejudice, subject to the condition that Defendant waive the statute of limitations defense and stipulate to amending counterclaims in the pending British Columbia action, if Plaintiff so chooses. Defendant's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss (ECF No. 14) is DENIED as moot.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    THOMAS O. RICE

   on Defendant's Motion to Dismiss Under Doctrine of Forum Non Conveniens (ECF No. 16).

Date:  September 27, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry